**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**04-84**

**MICHELLE PITTMAN AND CHRISTOPHER PITTMAN**

**VERSUS**

**GARY WHITEHEAD and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

**\*\*\*\*\*\*\*\*\*\***
APPEAL FROM THE
PINEVILLE CITY COURT, NO. 3-0101
PARISH OF RAPIDES
HONORABLE JESSE P. TERRELL, JR., CITY COURT JUDGE

**\*\*\*\*\*\*\*\*\*\***
**JOHN B. SCOFIELD**
**JUDGE**
**\*\*\*\*\*\*\*\*\*\***

Court composed of Ulysses Gene Thibodeaux, Chief Judge, and Glenn B. Gremillion and John B. Scofield[*], Judges.

**AFFIRMED AS AMENDED.**

DeWitt T. Methvin  Jr.
Gist, Methvin, PLC
P. O. Box 1871
Alexandria, LA 71309
Counsel for Defendants/Appellants:
    State Farm Mutual Auto Ins. Co. and
    Gary Whitehead

Gary K. Hays
Attorney at Law
P. O. Box 51
Alexandria, LA 71309
Counsel for Plaintiffs/Appellees:
    Michelle Pittman and Christopher Pittman

---

    [*]Honorable John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.